# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GARY ST. FLEUR, NICHOLAS GETTEL,     :    No. 26 MM 2020
CASEY DURKIN, DAMIAN BIANCERELLI,    :
RICH JOHNSON, ETHAN GREEN,           :
ANGELA GILGALLON, AND MICHELE      :
MCGOVERN,                            :
                                  :
           Respondents        :
                                  :
              v.                  :
                                  :
THE CITY OF SCRANTON, PAIGE         :
COGNETTI, IN HER OFFICIAL CAPACITY   :
AS MAYOR OF THE CITY OF SCRANTON,   :
AND PATRICK SHERIDAN, IN HIS        :
OFFICIAL CAPACITY AS BUSINESS      :
ADMINISTRATOR OF THE CITY OF       :
SCRANTON,                            :
                                  :
           Petitioners         :
                                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2020, the Application "for Leave to File Response in Support of the Petition for Extraordinary Jurisdiction under 42 Pa.C.S.A. § 726, or in the Alternative, King's Bench Jurisdiction," the Application "for Leave to File Nunc Pro Tunc a Notice of Intent to File Amicus Brief and in Support of Petitioner's Petition for Extraordinary or King's Bench Jurisdiction," and the Application "for Leave to File a Response in Support of the Petition for Extraordinary Jurisdiction under 42 Pa.C.S.A. § 726 or in the alternative, King's Bench Jurisdiction" are GRANTED.

     The "Petition for Extraordinary Jurisdiction under 42 Pa.C.S. §726, or in the Alternative, King's Bench Jurisdiction" is DENIED.